

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2016

No. 04-16-00482-CV

**CLEARWATER RANCH PROPERTY OWNERS ASSOCIATION, INC.**,
Appellant

v.

Adrianna **ROHLMEIER**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16454
Honorable David A. Canales, Judge Presiding

## O R D E R

The reporter's record was originally due on September 1, 2016. On September 2, 2016, the clerk of this court notified the court reporter, Luis Duran, Jr., that he is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record was late. The clerk explained Mr. Duran must file the reporter's record within thirty days. Mr. Duran did not file the reporter's record or a notification of late record within thirty days. This court then ordered Mr. Duran to file the reporter's record no later than November 7, 2016. On November 7, 2016, Mr. Duran filed a notice of late record, requesting until November 21, 2106 to file the reporter's record. This court granted Mr. Duran's request, but noted further extensions would be disfavored. On November 21, 2016, this court received a notice of late record from Mr. Duran, requesting additional time, until December 5, 2016.

This court GRANTS Luis Duran, Jr.'s notification of late reporter's record. This court ORDERS Luis Duran, Jr. to file the reporter's record no later than December 5, 2016. If the reporter's record is not received by such date, an order may be issued directing Mr. Duran to appear and show cause why he should not be held in contempt for failing to file the record.

The clerk of this court shall cause a copy of this order to be served on Mr. Duran by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable David Canales, Judge of the 73rd Judicial District Court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2016.



_____
Keith E. Hottle
Clerk of Court